# SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

September 3, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/2024
```

**Via ECF**
The Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *Feliu v. Lakeland Central School District, et al.*
            Docket No.: 24 CV 03513 (NSR)(JCM)
            Our File No.: 8788.124

Dear Judge Roman:

    We represent the Defendants in this matter and are writing, with the consent of Plaintiffs, with regard to the Defendants' time to serve its Motion To Dismiss the Plaintiffs' Complaint. Currently the Motion is due to be served on Plaintiffs by Thursday, September 5th and Defendants respectfully request that the time to do so be extended to September 19th and that all associated deadlines be extended accordingly. Plaintiffs have consented to this request.

    Thank You for Your attention to this matter.

                         Respectfully Submitted,

                         **SILVERMAN & ASSOCIATES**

                         Gerald S. Smith

**MEMO ENDORSED**

**The Court GRANTS Defendants' consented-to request and adjusts the briefing schedule as follows: (1) Defendants' moving papers are to be served (not filed) on September 19, 2024; (2) Plaintiff's opposition papers are to be served (not filed) on October 21, 2024; and (3) Defendant's reply papers are to be served on November 5, 2024. All motion papers are to be filed by the parties on the reply date, November 5, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 42.**

CC:  **Via ECF**
       *All Counsel of Record*

**Dated: September 4, 2024**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge